■ In the Matter of JACQUE TIRADO, Petitioner, v MICHELMAN & MICHELMAN, Respondent.—Application pursuant to CPLR article 78 to compel the return of certain moneys, unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur—Birns, J. P., Silverman, Lane, Yesawich and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY LEWIS, Appellant.—Judgment, Supreme Court, New York County, rendered on October 21, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Birns, Fein, Markewich and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDOLPH VALENTINE, Appellant.—Judgment, Supreme Court, New York County, rendered on November 16, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Birns, Fein, Markewich and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE PIERCE, Appellant.—Judgment, Supreme Court, New York County, rendered on April 21, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Silverman, Fein and Sandler, JJ.